

In The
Court of Appeals
Seventh District of Texas at Amarillo

_____

No. 07-26-00239-CR
_____

VUNISHIKA COATS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Criminal Court No. 2
Tarrant County, Texas
Trial Court No. 1858804, Honorable Carey Walker, Presiding

July 14, 2026

MEMORANDUM OPINION

Before PARKER, C.J., and YARBROUGH and PRATT, JJ.

Appellant, Vunishika Coats, appeals her conviction for driving while intoxicated[1] and sentence to 365 days in Tarrant County Jail.[2] Pending before the Court is Appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion is signed by both Appellant and her attorney. *See* TEX. R. APP. P.

---

[1] *See* TEX. PENAL CODE § 49.04(d).

[2] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE § 73.001.

9.1(c), 42.2(a).  Because no decision of the Court has been issued, the motion is granted, and the appeal is dismissed.  No motion for rehearing will be entertained, and the Court's mandate will issue forthwith.

Per Curiam

Do not publish.